

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Kavits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2024

**BY CM/ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Zhong Shi Gao et al.*, S8 23 Cr. 572 (CM)

Dear Judge McMahon:

    On December 12, 2024, a grand jury returned the S8 23 Cr. 572 Superseding Indictment, which added Defendant Henry Yau into the indictment and also includes additional charges against Defendant Tommy Lin. The Government respectfully requests that the Court schedule an arraignment and initial pretrial conference on January 15, 2025 at 12:00 p.m. The Government also requests that the Court exclude time under the Speedy Trial Act between today and January 15, 2025 so that Yau can begin to receive and review the Rule 16 discovery materials in this case, and the parties can continue to prepare for the trial that is currently scheduled to commence on May 7, 2025.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney for the
    Southern District of New York

By:    /s/ Andrew K. Chan
    Andrew K. Chan / James Ligtenberg
    Ni Qian
    Assistant United States Attorneys
    (212) 637-1072 / 2665 / 2364

Cc: Defense Counsel for All Defendants