**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

May 27, 2025

> Application Granted.  Defendant Zhong Shi Gao's conditions of release are temporarily modified to permit the removal of his ankle monitor on May, 30, 2025, at 9:00 a.m.  Defendant shall report to Pretrial Services by 3:00 p.m. on the same day to have the ankle monitor reinstalled.  All other conditions of release shall remain in effect.  The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 82.
>
> Dated: May 28, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE
>
> Part 1 Judge

**VIA ECF**
Hon. Colleen McMahon
United States Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States of America v. Zhong Shi Gao
      23 Cr. 572

Dear Judge McMahon:

I represent Zhong Shi Gao. Mr. Gao has a medical appointment for this Friday, May 30, at 12:00 p.m. for an MRI. He cannot have his ankle monitor in place for the procedure.

With the consent of the government and Pre-Trial Services Officer Boose, Mr. Gao is requesting the Court's permission to remove the ankle monitor at 9:00 a.m. on May 30 and return to Pre-Trial Services by 3:00 p.m. to have the ankle monitor reinstalled.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill