UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

ZHONG SHI GAO,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:     **CONSENT PRELIMINARY ORDER**
       **OF FORFEITURE/**
:     **MONEY JUDGMENT**
:     S8 23 Cr. 572 (CM)
:
:

WHEREAS, on or about December 12, 2024, ZHONG SHI GAO (the "Defendant"), among others, was charged in four counts of an eleven-count Superseding Indictment, S8 23 Cr. 572 (CM) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Count Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Three of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Three of the Indictment;

WHEREAS, on or about 5 February, 2026, the Defendant pled guilty to Count Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Indictment and

agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $236,280 in United States currency, representing the amount of property involved in the offense charged in Count Three of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $236,280 in United States currency representing the amount of property involved in the offense charged in Count Three of the Indictment, for which the Defendant is jointly and severally liable with his co-conspirator, Daniel Chieh (the "Co-conspirator"), to the extent a forfeiture money judgment is entered against the Co-conspirator for the conduct charged in Count Three of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Three of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Ni Qian, of counsel, and the Defendant and his counsel, Peter Brill, Esq., that:

1.      As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $236,280 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Three of the Indictment for which the Defendant is jointly and severally liable with his Co-conspirator, to the extent a forfeiture money judgment is entered against the Co-conspirator for the conduct charged in Count Three of the Indictment, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ZHONG

SHI GAO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          2/5/2026
    Ni Qian                                  DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2363


ZHONG SHI GAO

By: _____          2/5/26
    Zhong Shi Gao                            DATE


By: _____          2/5/26
    Peter Brill, Esq.                        DATE
    Attorney for Defendant
    Brill Legal Group, P.C.
    176 Lexington Ave, Suite O
    New York, NY 10016


SO ORDERED:

_____          2/5/2026
HONORABLE COLLEEN MCMAHON               DATE
UNITED STATES DISTRICT JUDGE
                                        12:58 pm