**BIC BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841  |  www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

March 12, 2026

*VIA ECF*

Hon. Colleen McMahon
United States Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States of America v. Zhong Shi Gao*
        23 Cr. 572

Dear Judge McMahon:

I represent Zhong Shi Gao.

With the consent of the government and Pre-Trial Services Officer Boose, Mr. Gao is requesting a modification to his conditions of pre-trial release as follows:

Mr. Gao may use a single Android phone to be monitored by Pre-Trial Services.

Mr. Gao will be allowed to access the internet from that Android phone but prohibited from accessing the internet anywhere other than from his monitored smartphone.

Mr. Gao will be prohibited from using any encrypted messaging applications.

Pre-Trial Services has approved Mr. Gao opening a business in Whitestone, Queens, that has internet access, but has prohibited him from going to the business address for that reason. There will be employees at that location.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788