BLG BRILL LEGAL GROUP P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

MEMO ENDORSED

September 10, 2026

9-10-26

OK

Colleen McMahon

**VIA ECF**
Hon. Colleen McMahon
United States Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States of America v. Zhong Shi Gao***
23 Cr. 572

Dear Judge McMahon:

I represent Zhong Shi Gao. I am hereby requesting permission to file a Supplemental Sentencing Memorandum under seal, as it contains sensitive information of a personal nature that should not be publicly available. I cannot file a redacted version.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9-10-26

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788